# IN THE SUPREME COURT OF THE STATE OF NEVADA

2014-3 IH BORROWER, LP, A DELAWARE LIMITED PARTNERSHIP; CHRISTIANA TRUST, AN UNKNOWN BUSINESS ENTITY; 2014-3 IH EQUITY OWNER, LP, A DELAWARE LIMITED PARTNERSHIP; 2014-3 IH PROPERTY HOLDCO, LP, A DELAWARE LIMITED PARTNERSHIP; THR NEVADA II, LP, A DELAWARE LIMITED PARTNERSHIP; THR PROPERTY BORROWER, LP, A DELAWARE LIMITED PARTNERSHIP; THR PROPERTY GUARANTOR, LP, A DELAWARE LIMITED PARTNERSHIP; AND THR PROPERTY HOLDCO, LP, A DELAWARE LIMITED PARTNERSHIP,
Appellants,
vs.
LAS VEGAS DEVELOPMENT GROUP, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Respondent.

No. 70730

**FILED**

SEP 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DECLINING CERTIFIED QUESTION

This matter involves a legal question certified to this court under NRAP 5, by the United States District Court for the District of Nevada. Specifically, the U.S. District Court certified the following question to this court:

> Does the rule of *SFR Investments Pool I, LLC v. U.S. Bank, N.A.*, 334 P.3d 408 (Nev. 2014) that foreclosures under NRS 116.3116 extinguish first security interests apply retroactively to foreclosures which occurred prior to the date of that decision?

 
17-30358

We recently answered the same certified question in another case. Specifically, in *K&P Homes v. Christiana Trust*, 133 Nev., Adv. Op. 51 (July 27, 2017), we held that our decision in *SFR Investments* applies to foreclosures that occurred before that case was decided as that decision merely interpreted an existing statute and did not create new law or overrule precedent. We therefore decline to answer the question in this matter and direct the district court to *K&P Homes*. *See* NRAP 5(a).

It is so ORDERED.

_____, C.J.
Cherry

_____, J.          _____, J.
Douglas                                        Gibbons

_____, J.          _____, J.
Pickering                                       Hardesty

_____, J.          _____, J.
Parraguirre                                    Stiglich

cc:   Fidelity National Law Group
      Gerrard Cox & Larsen
      Roger P. Croteau & Associates, Ltd.
      Clerk, United States District Court for the District of Nevada